# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-100
Lower Tribunal No. 19-CA-004196

_____

SFR SERVICES, LLC a/a/o WILLIAM VIRGILIO and JACQUELINE VIRGILIO,

Appellant,

v.

TOWER HILL PRIME INSURANCE COMPANY,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Michael T. McHugh, Judge.

May 14, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and SMITH, JJ., concur.


Erin M. Berger and Melissa A. Giasi, of Giasi Law, P.A., Tampa, for Appellant.

C. Ryan Jones and Scot E. Samis, of Traub Lieberman Straus & Shrewsberry, LLP, St. Petersburg, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED